# DASCAL LAW LLC

350 Springfield Avenue, Suite 200
Summit, New Jersey 07901
T: (732) 930-1110
F: (732) 307-6952
jordan@dascallaw.com

October 12, 2022

**Via CM/ECF**
Hon. Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey

    Re:    **Progressive Spine & Orthopaedics, LLC v. National Association of Letter Carriers Health Benefit Plan**
           **Civil Action No.: 22-4597 (WJM)(JSA)**

Dear Magistrate Judge Allen:

We apologize for missing the prior letter deadline as to jurisdictional discovery. The parties are now proposing that jurisdictional discovery be conducted on the following schedule:

1. By October 21, 2022, Plaintiff shall send Defendant jurisdictional interrogatories and document production requests.

2. By November 21, 2022, Defendant shall provide responses to Plaintiff's interrogatories and document production requests.

3. By December 21, 2022, the parties shall meet and confer about any discovery deficiencies, the need for depositions, and send a discovery status letter to the Court.

| | |
|---|---|
| */s/ Jordan B. Dascal* | */s/ Michael S. Adler* |
| Jordan B. Dascal, Esq. | Michael S. Adler, Esq. |
| Dascal Law LLC | Cohen Weiss and Simon LLP |
| Attorney for Plaintiff | Attorney for Defendant |

**SO ORDERED.**

*s/Jessica S. Allen*
Hon. Jessica S. Allen, U.S.M.J.
Dated: October 13, 2022